United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENEE WALKER, ET ALS.

Plaintiff(s),

v.

DISCOVER FINANCIAL SERVICES, Inc.,
a Delaware corporation, ET ALS.

Defendant(s).

CASE NO. 3:10-cv-03013-BZ

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Diane E. Sammons , an active member in good standing of the bar of New Jersey whose business address and telephone number (particular court to which applicant is admitted) is Nagel Rice, LLP
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 618-00400
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 27 July 2010

United States Magistrate Judge