UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RENEE WALKER, JASON CHAN, ROBERT ACKERMAN, MICHELE KRAYNAK, SHAWN IRVINE, ANTHONY DEMARCO, MARTI KELMER, and TAMMY MARSH, each individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, Inc., DFS FINANCIAL SERVICES, LLC, DISCOVER BANK, MORGAN STANLEY, and UNIDENTIFIED ENTITIES A through Z, Inclusive,<br><br>Defendant(s). | CASE NO. C 10-03013 BZ<br><br>(~~Proposed~~)<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

John J. Carey, an active member in good standing of the bar of the United States District Court for the Eastern District of Missouri (particular court to which applicant is admitted) whose business address and telephone number is:

John J. Carey
Carey, Danis & Lowe
8235 Forsyth Boulevard, Suite 1100
Saint Louis, Missouri 63105-1643
Telephone: (314) 725-7700
Facsimile: (314) 725-0905

, having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis, representing Renee Walker, Jason Chan, Robert Ackerman, Michele Kraynak, Shawn Irvine, Anthony DeMarco, Marti Kelmer, and Tammy Marsh, each individually and on behalf of all others similarly situated.

94415.1 - 1 -

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. *45, Electronic Case Filing*.

Dated: 4 Aug 2010

United States Magistrate Judge
Bernard Zimmerman